# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Angela L. Burnett,

       Plaintiff,                 Civil 10-708 (RHK/JJK)

vs.                          **DISQUALIFICATION AND**
                               **ORDER FOR REASSIGNMENT**

DJO, LLC, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 23, 2010

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge